# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 55 MAL 2024

      Respondent     :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

      v.                 :

                             :

STEVEN RAY DRESSLER, JR.,      :

      Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.